```
                                United States Bankruptcy Court
                                Eastern District of California
In re:                                                              Case No. 11-45771-C
James Leslie Hill                                                   Chapter 7
Carmel Sue Hill
       Debtors                        CERTIFICATE OF NOTICE
District/off: 0972-2         User: admin              Page 1 of 2              Date Rcvd: Nov 01, 2011
                             Form ID: b9a             Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2011.
db/jdb      +James Leslie Hill,    Carmel Sue Hill,    1616 Vista Creek Drive,    Roseville, CA 95661-5734
aty         +Richard E. Dwyer,    800 W El Camino Real #180,    Mountain View, CA 94040-2586
19270929    +BANK OF AMERICA N A,    450 AMERICAN ST SV416,    SIMI VALLEY CA 93065-6285
19270936    +COFACE COLLECTIONS NORTH AMERICA INC,    3001 Division Street,    Metairie LA 70002-5855
19270939    +DSNB AMERICAN EXPRESS,    PO BOX 8218,    MASON OH 45040-8218
19270940    +GC SERVICES LP,    P O Box 2667,   Houston TX 77252-2667
19270946     IC SYSTEMS INC,    444 Highway 96 Eas,    St Pau MN 55127-2557
19270948    +IQOR INC,    335 Madison Ave 27th Fl,    New York NY 10017-4653
19270951    +NATIONWIDE CREDIT INC,    2002 Summit Boulevard Suite 600,    Atlanta GA 30319-1559
19270952    +NCO FINANCIAL SYSTEMS,    507 Prudential Road,    Horsham PA 19044-2368
19270953     PHILLIPS COHEN ASSOCIATES,    695 Rancocas Road,    Westampton NJ 08060-5626
19270956    +TOYOTA MOTOR CREDIT,    8950 CAL CENTER DR STE 202,    SACRAMENTO CA 95826-3225
19270957    +UNITED COLLECTIONS BUREAU,    5620 Southwyck Blvd Ste 206,    Toledo OH 43614-1501
19270959   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK,    PO BOX 108,    SAINT LOUIS MO 63166)
19270960    +WELLS FARGO THE AVENUE,    PO BOX 182789,    COLUMBUS OH 43218-2789
19270961    +WELTMAN WEINBERG REIS,    965 Keynote Circle,    Brooklyn Heights OH 44131-1829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: BLDPARTRIDGE.COM Nov 02 2011 05:43:00      Lewis D. Partridge,    PO Box 863,
             Sloughhouse, CA 95683-0863
smg          EDI: EDD.COM Nov 02 2011 05:43:00      Employment Development Department,
             Bankruptcy Group, MIC 92E,    PO Box 826880,    Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Nov 02 2011 05:43:00      Franchise Tax Board,    PO Box 2952,
             Sacramento, CA  95812-2952
19270928    +EDI: BANKAMER2.COM Nov 02 2011 05:43:00      BANK OF AMERICA,    PO BOX 17054,
             Wilmington DE 19850-7054
19270930     EDI: TSYS2.COM Nov 02 2011 05:43:00      BARCLAYCARD,    PO Box 8801,    Wilmington DE 19899-8801
19270931     EDI: CALTAX.COM Nov 02 2011 05:43:00      CALIFORNIA FRANCHISE BOARD,    PO Box 942840,
             Sacramento CA 94240-0040
19270932    +EDI: CAPITALONE.COM Nov 02 2011 05:43:00      CAPITAL ONE,    PO BOX 30281,
             Salt Lake City UT 84130-0281
19270933    +EDI: CHASE.COM Nov 02 2011 05:43:00      CHASE,    P O Box 15298,    Wilmington DE 19850-5298
19270934    +EDI: CITICORP.COM Nov 02 2011 05:43:00      CITI CARDS CITIBANK,    PO Box 6500,
             Sioux Falls SD 57117-6500
19270935    +EDI: SEARS.COM Nov 02 2011 05:43:00      CITIBANK SEARS,    PO BOX 6241,
             SIOUX FALLS SD 57117-6241
19270937    +EDI: CITICORP.COM Nov 02 2011 05:43:00      CONOCO PHILLIPS UNION76 CITIBANK,    PO BOX 6497,
             SIOUX FALLS SD 57117-6497
19270938     EDI: DISCOVER.COM Nov 02 2011 05:43:00      DISCOVER,    P O Box 6103,    Carol Stream IL 60197-6103
19270941    +EDI: RMSC.COM Nov 02 2011 05:43:00      GE JCPENNEY,    PO BOX 965007,    ORLANDO FL 32896-5007
19270942    +EDI: HFC.COM Nov 02 2011 05:43:00      GOTTSCHALKS,    PO BOX 28920,    FRESNO CA 93729-8920
19270943    +EDI: CITICORP.COM Nov 02 2011 05:43:00      HOME DEPOT CITIBANK,    PO BOX 6497,
             SIOUX FALLS SD 57117-6497
19270944    +EDI: CITICORP.COM Nov 02 2011 05:43:00      HOME DEPT,    PO BOX 6497,    SIOUX FALLS SD 57117-6497
19270945    +EDI: HFC.COM Nov 02 2011 05:43:00      HSBC,    PO BOX 5253,    CAROL STREAM IL 60197-5253
19270946     EDI: ICSYSTEM.COM Nov 02 2011 05:43:00      IC SYSTEMS INC,    444 Highway 96 Eas,
             St Pau MN 55127-2557
19270947     EDI: IRS.COM Nov 02 2011 05:43:00      INTERNAL REVENUE SERVICE,    Fresno CA 93888
19270949    +EDI: CBSKOHLS.COM Nov 02 2011 05:43:00      KOHLS CAPONE,    PO BOX 3115,    MILWAUKEE WI 53201-3115
19270950     EDI: TSYS2.COM Nov 02 2011 05:43:00      MACYS,    PO BOX 8218,    MASON OH 45040-8218
19270954    +E-mail/Text: bankruptcy@sccu4u.com Nov 02 2011 05:39:48     SIERRA CENTRAL CREDIT UN,
             820 PLAZA WAY,    YUBA CITY CA 95991-3299
19270955    +E-mail/Text: bankruptcy@sccu4u.com Nov 02 2011 05:39:48     Sierra Central Credit Union,
             820 Plaza Way,    Yuba City CA 95991-3299
19270958     EDI: USBANKARS.COM Nov 02 2011 05:43:00      US BANK,    P O Box 6344,    Fargo ND 58125-6344
19270959     EDI: USBANKARS.COM Nov 02 2011 05:43:00      US BANK,    PO BOX 108,    SAINT LOUIS MO 63166
19270961    +E-mail/Text: BKRMailOps@weltman.com Nov 02 2011 05:53:02     WELTMAN WEINBERG REIS,
             965 Keynote Circle,    Brooklyn Heights OH 44131-1829
                                                                                              TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19270958   ##US BANK,    P O Box 6344,    Fargo ND 58125-6344
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 03, 2011                    Signature:   *Joseph Speetjens*



| UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br><br>Robert T Matsui United States Courthouse<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814<br><br>(916) 930-4400<br>www.caeb.uscourts.gov<br>M-F 9:00 AM – 4:00 PM | **FILED**<br><br>**11/1/11**<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>auto |
|---|---|

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/29/11.
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed above. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Case Number:** 11-45771 - C - 7

Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es):

| James Leslie Hill<br>xxx-xx-5706<br><br>1616 Vista Creek Drive<br>Roseville, CA 95661 | Carmel Sue Hill<br>xxx-xx-5231<br><br>1616 Vista Creek Drive<br>Roseville, CA 95661 |
|---|---|

| **Debtor's Attorney:** | Richard E. Dwyer<br>800 W El Camino Real #180<br>Mountain View, CA 94040 | **Trustee:** | Lewis D. Partridge<br>PO Box 863<br>Sloughhouse, CA 95683 |
|---|---|---|---|
| **Telephone Number:** | 747-224-7956 | **Telephone Number:** | 916-799-4132 |

### MEETING OF CREDITORS

**Location:** Robert T Matsui United States Courthouse, 501 I Street, Room 7-A, 7th Floor, Sacramento, CA
**Date & Time:** 11/28/11  04:00 PM

The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. See Explanations and Important Notice to Individual Debtors on reverse side.

**Presumption of Abuse under 11 U.S.C. § 707(b)** - See "Presumption of Abuse" on the reverse side.
The presumption of abuse does not arise.

**Deadlines** - Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
Deadline to Object to Debtor's Discharge *or* to Challenge the Dischargeability of Certain Debts:
1/27/12
Deadline to Object to Exemptions:  Thirty (30) days after the conclusion of the meeting of creditors.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**It is unnecessary to file claims at this time** because it does not appear from the schedules that enough assets are available for payment of a dividend to creditors. If sufficient assets become available, you will be sent a Notice to File Claims.

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "It Is Unnecessary to File a Proof of Claim at This Time" on the reverse side.

### See Reverse Side For Important Explanations.

Dated:
11/1/11

For the Court,
Wayne Blackwelder, Clerk

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; starting or continuing lawsuits or foreclosures; repossessing the debtor's property; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to appear at the meeting of creditors, or failure to provide proper identification and proof of social security information, may result in a motion to dismiss your case.* |
| It is Unnecessary to File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *It is therefore unnecessary to file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a) (2), (4), or (6), you must file a complaint -- or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) -- in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**--- Refer to Other Side For Important Deadlines and Notices ---**